Scott Lieske, Esq. #016250
Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| **TAMIM FAISAL EL-WAILLY** | Case No. 2:10-bk-40241-DPC |
| and | **TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT** |
| **PENELOPE L EL-WAILLY**, | |
| Debtor(s). | Proof of claim # 08 |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P., moves the Court to allow him to pay the Court unclaimed funds. The Trustee issued a check totaling **$39.55** to the creditor but the check has not been cashed by the creditor.

The Trustee has attempted to contact creditor Abrazo ARROWHEAD HOSPITAL at its last known address of PO BOX 81229 PHOENIX, AZ 85069 but those attempts have been unsuccessful. Additional attempts to contact creditor via telephone has been unsuccessful.

/././

Scott Lieske, Esq. ABN 016250
Rachel Flinn, Esq. ABN 027000
Staff Attorneys for Chapter 13 Trustee
*slieske@ch13bk.com*
*rflinn@ch13bk.com*

# CERTIFICATE OF MAILING

I, Becky Kahlstorf, do hereby certify that a copy of the **Motion** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

Abrazo
ARROWHEAD HOSPITAL
PO BOX 81229
PHOENIX, AZ 85069
Creditor

TAMIM FAISAL EL-WAILLY
PENELOPE L EL-WAILLY
6841 WEST EMILE ZOLA AVENUE
PEORIA, AZ 85381
Debtor(s)

Pro Se
Attorney for Debtor(s)

                                              Becky Kahlstorf
                                              *bkahlstorf@ch13bk.com*